| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br><br>DOMINIQUE JEAN PHILIPPE<br><br>Petitioner,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: October 10, 2017<br><br><br>12-cr-802 (KBF)<br>16-cv-7918 (KBF)<br><br>OPINION & ORDER |

KATHERINE B. FORREST, District Judge:

The Court is in receipt of petitioner's motion for permission to file a Certificate of Appealability. (ECF No. 2.) As stated in this Court's Opinion issued on August 10, 2017, the Court "declines to issue a certificate of appealability, as Philippe has not made a substantial showing of a denial of a federal right." (ECF No. 2 at 19.) As such, the Court DENIES the motion at ECF No. 3.

SO ORDERED.

Dated:   New York, New York
         October 10, 2017

                                          _____
                                             KATHERINE B. FORREST
                                             United States District Judge